UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER VACATING AND RESETTING CASE MANAGEMENT CONFERENCE** |

The parties have advised the Court that a mediation is scheduled for April 30, 2012. The case management conference currently set for April 23, 2012, is VACATED. The Court sets a case management conference for June 11, 2012, at 2:00 p.m.

The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

April 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**