UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>        Plaintiff,<br><br>    vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>        Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER VACATING AND RESETTING CASE MANAGEMENT CONFERENCE, AND REQUIRING COMPLIANCE WITH STANDING ORDER IN EMPLOYMENT CASES** |

The Court is in receipt of the parties' Joint Case Management Conference Statement filed May 29, 2012. The Court ORDERS as follows:

The case management conference currently set for June 11, 2012, is VACATED. The case management conference is RESET to October 1, 2012, at 2:00 p.m. The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

The parties are further ORDERED to comply with the Court's Standing Order for Certain Employment Cases, available on the Court's website at http://cand.uscourts.gov/ygrorders, to the extent they have not previously provided such information in discovery.

**IT IS SO ORDERED.**

Date: June 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**