UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>　　　　　Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER DENYING REQUEST FOR RELIEF FROM RULE 16 SCHEDULING ORDER** |

The Court is in receipt of the parties' Joint Stipulation and Request for Relief from the Rule 16 Scheduling Order. The Request for Relief from the Rule 16 Scheduling Order is **DENIED**. The Court will not grant the requested extension of dates and deadlines, as the Court's calendar will not permit a 60-90 day extension.

However, if the parties wish to consent for all purposes to a magistrate judge who may be able to accommodate the requested trial date, they should meet and confer to discuss whether their clients will consent and to whom, and submit a request if they reach agreement. The Court will accept requests for referral to a specific magistrate judge or magistrate judges. Profiles of all magistrate judges are available on the Court's website at http://cand.uscourts.gov/judges and in the brochure, Consenting to a Magistrate Judge's Jurisdiction In the Northern District of California (.pdf), also available on the Court's website.

**IT IS SO ORDERED.**

Date: September 10, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**