UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT WITHOUT PRE-FILING CONFERENCE** |

The Court is in receipt of the parties' letters regarding the need for a pre-filing conference in accord with this Court's Standing Order, paragraph 9(a). The Court, having reviewed the letters and considered the matters at issue in the case, will not require a pre-filing conference in this matter. Defendants have leave to file their motion consistent with the Scheduling Order issued January 18, 2012. (Dkt. No. 20.)

**IT IS SO ORDERED.**

Date: September 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**