UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On December 16, 2011, the Court issued a Case Management and Scheduling Order and referred the case to the ADR Unit for mediation. (Dkt. No. 16.) The parties attended a mediation on May 15, 2012, but the case did not settle. (Dkt. No. 26.) Defendants filed a Pre-Motion Conference letter on September 13, 2012, and Plaintiff filed his opposing letter on September 14, 2012. (Dkt. Nos. 32 and 33.) After consideration of the parties' letters, the Court issued an Order Granting Leave to File Motion for Summary Judgment Without a Pre-filing Conference on September 19, 2012. (Dkt. No. 34.)

In light of the foregoing, the Court does not see a need to hold a further conference and hereby VACATES the October 1, 2012 Case Management Conference. Unless requested by the parties, the Court will not schedule a further Case Management Conference in this action and will hold the Pretrial Conference on February 8, 2013, as scheduled. If the parties seek the Court's assistance, they should contact the Courtroom Deputy, Frances Stone, as soon as possible.

**IT IS SO ORDERED.**

Date: September 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**