UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>        Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER DENYING RENEWED REQUEST FOR CONTINUANCE OF DATES SET FORTH IN SCHEDULING ORDER** |

Defendants have filed a Motion to Compel Plaintiff's Deposition Attendance, Request for Sanctions and Request to Continue Dates in Rule 16 Scheduling Order. (Dkt No. 37.)

With respect to the portion of the motion that is Defendants' renewed request to continue the current trial and dispositive motion dates, the Court **DENIES** the motion. The trial date and other deadlines were set several months ago, by order issued December 16, 2011, and were confirmed via the Clerk's Notice issued January 18, 2012, upon reassignment to the undersigned. (*See* Dkt. Nos. 16, 20.) The parties have had adequate time to complete their preparation and comply with these deadlines. Moreover, the Court's calendar will not permit a 90 day extension.

Should the parties wish to consent for all purposes to a magistrate judge who may be able to accommodate the requested trial date, they should meet and confer to discuss whether their clients will consent and to whom. The Court will accept requests for referral to a specific magistrate judge or magistrate judges. Profiles of all magistrate judges are available on the Court's website at http://cand.uscourts.gov/judges and in the brochure *Consenting to a Magistrate Judge's Jurisdiction In the Northern District of California* (.pdf), also available on the Court's website.

The balance of the issues raised in the Motion remains on calendar for regular briefing, with a hearing currently set for November 6, 2012.

**IT IS SO ORDERED.**
Date: October 1, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**