UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>    Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER TO FILE JOINT STATUS REPORT RE: PLAINTIFF'S DEPOSITION** |

Defendants have filed a Motion to Compel Plaintiff's Deposition Attendance, Request for Sanctions and Request to Continue Dates in Rule 16 Scheduling Order. (Dkt No. 37.) Plaintiff filed a late opposition on October 20, 2012. (*See* Dkt. Nos. 42, 43, 44, 45, 46, 47.)

The parties are **ORDERED** to file a joint report regarding the status of Plaintiff's deposition no later than **noon on Friday, November 2, 2012**.

**IT IS SO ORDERED.**

Date: October 30, 2012

                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**