UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUL M. KODWAVI,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., *et al.*,<br><br>Defendants. | Case No.: 11-cv-2710-YGR<br><br>**ORDER VACATING AND DISCHARGING ORDER TO SHOW CAUSE** |

Counsel for Plaintiff, Curtis G. Oler ("Counsel"), has filed his written response to this Court's Order to Show Cause issued December 6, 2012. Counsel offers a number of events and circumstances leading to his omissions.

In light thereof, the Court **DISCHARGES** the Order to Show Cause and **VACATES** the hearing previously set for December 21, 2012.

**IT IS SO ORDERED.**

Date: December 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**