UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUL M. KODWAVI**, <br><br> Plaintiff, <br><br> vs. <br><br> **INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.**, *et al.*, <br><br> Defendants. | Case No.: 11-cv-2710-YGR <br><br> **JUDGMENT** |

The issues in this action having been duly considered and the Court having granted Defendants' Motion for Summary Judgment, it is **ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of Defendants Intercontinental Hotels Group Resources, Inc. dba Holiday Inn, Civic Center, Gino Lazzara, and Adriano LoGrasso and against Plaintiff Gul M. Kodwavi. Plaintiff shall take nothing by his complaint.

**IT IS SO ORDERED.**

Dated: **September 3, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**